O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 10-56 AHM (OPx) | Date | February 12, 2010 |
|---|---|---|---|
| Title | THE BANK OF NEW YORK v. MARVIN BARNES TAALIB | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**       IN CHAMBERS (No Proceedings Held)

On October 20, 2009, Plaintiff The Bank of New York, as Trustee for the Benefit of CWALT, Inc., Alternative Loan Trust 2007-19 Mortgage Pass-Through Certificates, Series 2007-19 ("Plaintiff") filed this action in the Superior Court of the State of California for the County of Riverside. On January 12, 2010, Defendant Marvin Barnes-Taalib ("Defendant") removed this action on the basis of federal question jurisdiction under 28 U.S.C. § 1441. In his Notice of Removal ("NOR"), Defendant contends that Plaintiff's claim for relief is brought under "the Federal Fair Debt Collection Practices Act (FDCPA), Real Estate Settlement Procedures Act (RESPA), Truth in Lending Act (TILA), Generally Accepted Accounting Principals (GAAP), and the Universal Commercial Code (UCC)". However, the Complaint for Unlawful Detainer does not mention any federal statutes.

A federal court must determine its own jurisdiction even if there is no objection to it. *Rains v. Criterion Sys., Inc.,* 80 F.3d 339 (9th Cir. 1996). The removal statute is strictly construed against removal and the burden of establishing jurisdiction in the federal forum rests on the party invoking the statute — here, Defendant. *Ethridge v. Harbor House Rest.*, 861 F.2d 1389, 1393 (9th Cir. 1988); *Indus. Tectonics, Inc. v. Aero Alloy*, 912 F.2d 1090, 1092 (9th Cir. 1990). A removing defendant must set forth "a short and plain statement of the grounds for removal." 28 U.S.C. § 1446(a).

Defendant's statement is short, but it is not plain to the Court why Plaintiff's claim arises under federal law. On its face, the claim is clearly brought under state law.

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 10-56 AHM (OPx) | Date | February 12, 2010 |
|---|---|---|---|
| Title | THE BANK OF NEW YORK v. MARVIN BARNES TAALIB | | |

     Accordingly, Defendant is ORDERED TO SHOW CAUSE in writing by not later than **February 24, 2010** why and how Plaintiff's claims are based on federal law. Failure to respond on or before that date will be construed as consent to remand.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |